172

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD BOHM *et al.*, Defendants-Appellants.

(No. 12738; )

Fourth District—June 12, 1975.

Opinion by Mr. JUSTICE CRAVEN.

Richard J. Wilson and Daniel D. Yuhas, both of State Appellate Defender's Office, of Springfield, for appellants.

No appearance for the People.

STELLA WINDLOW, Adm'r of the Estate of CONSTANCE SZYMCZYK, Deceased, Plaintiff-Appellee, *v.* CARL FREDERICK WAGNER, Defendant-Appellant.

(No. 73-327; )

Second District (1st Division)—April 24, 1975.

*Rehearing denied July 10, 1975.*

